**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| MOHAN KARKI, et al., | : | Case No. 1:25-cv-281 |
| | : | |
| Petitioners, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| RICHARD JONES, Sheriff of Butler County, et al., | : | |
| | : | |
| | : | |
| Respondents. | : | |

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:**

1. Petitioners' removal-based claims are DISMISSED for lack of subject matter jurisdiction;

2. To the extent the Court has subject matter jurisdiction over Petitioners' detention-based claim, it is DISMISSED;

3. Petitioners' Second Amended Petition for Writ of Habeas Corpus and Declaratory Relief and Injunctive Relief (Doc. 26) is therefore DISMISSED;

4. Respondent Sheriff of Butler County's Motions to Dismiss (Docs. 19, 21) are both DENIED AS MOOT;

5. Petitioners' Motion for Temporary Restraining Order (Doc. 29) is DENIED AS MOOT; and

6. This matter is TERMINATED from the Court's docket.


Dated:  June 9, 2025. 　　　　　　　　　　　Richard W. Nagel, Clerk of Court
　　　　　　　　　　　　　　　　　　　　By: */s/ Kellie A. Fields*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk